**Order entered October 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00836-CV
No. 05-20-00837-CV
No. 05-20-00838-CV
No. 05-20-00840-CV

**IN RE LAWRENCE MAURICE HILL, Relator**

**Original Proceedings from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-00455-Y, F15-00465-Y,**
**F15-00732-Y & F15-0014841-Y**

**ORDER**

Before Justices Osborne, Reichek, and Browning

Based on the Court's opinion of this date, we **DENY** relator's October 12, 2020 motion to lift and recall his arrest warrant and/or reduce his bond, and we **DISMISS** these original proceedings for want of jurisdiction.

/s/ AMANDA L. REICHEK
JUSTICE